■ MELIKA MUSAID, as Parent and Natural Guardian of HUDAD ALI, an Infant, Appellant, v MERCY HOSPITAL OF BUFFALO et al., Respondents. (Appeal No. 2.) [671 NYS2d 390] —Judgment unanimously reversed on the law with costs and new trial granted in accordance with the same Memorandum as in *Musaid v Mercy Hosp.* (249 AD2d 958 [decided herewith]. (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.— Negligence.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.